**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **CHRISTABEL NDEMALIA NVENAGO,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-1202-KC** |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** | § § § | |
| **Respondent.** | § § | |

**<u>ORDER</u>**

On this day, the Court considered Christabel Ndemalia Nvenago's Petition for a Writ of Habeas Corpus, ECF No. 1, arguing that her detention is unlawful and asking the Court to order her release or a bond hearing. *Id.* ¶¶ 13–15. Nvenago entered the United States in 2023 pursuant to a Visa, which she overstayed. *Id.* ¶ 13. On March 24, 2025, she was detained by immigration authorities. *Id.*

In their Response, ECF No. 6, Respondents state that Nvenago "overstayed her visa, making her removable from the United States but not an applicant for admission subject to mandatory detention." *Id.* at 3. Therefore, she is entitled to a bond hearing and she can receive one if she files a bond redetermination request. *Id.* Indeed, she had a bond hearing on May 14, 2025, but the immigration judge took no action and stated she "can refile her bond request when ready." *Id.* If Nvenago receives an individualized custody determination by the immigration court, that will moot this Petition.

Accordingly, the Court **ORDERS** that, **<u>on or before May 28, 2026</u>**, Petitioner shall **FILE** a status report detailing whether she has filed a custody redetermination request with the

immigration court, whether Nvenago has received a bond hearing; if not, whether a bond hearing has been scheduled; and if a hearing has not yet been scheduled, the anticipated timeline.

    **SO ORDERED**.

    **SIGNED this 7th day of May, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE