**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **CHRISTABEL NDEMALIA NVENAGO,** § § § | |
| **Petitioner,** § | |
| **v.** § | **CAUSE NO. EP-26-CV-1202-KC** |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** § § § § | |
| **Respondent.** § | |

**<u>ORDER</u>**

On this day, the Court considered the case.  On May 7, 2026, the Court ordered Nvenago to file a status report stating whether he had requested a hearing before the immigration court and the status of any such request, by May 28.  May 7, 2026, Order 1–2, ECF No. 7.  This deadline has now passed, and Nvenago did not file the status report.

Accordingly, the Court **ORDERS** that Nvenago shall **FILE** a status report, **<u>by no later than June 19, 2026</u>**, stating whether she has taken any additional steps to request a bond redetermination hearing before the immigration court, and if so, the status of any request.

**<u>Nvenago is CAUTIONED that failure to comply with this Order may result in dismissal of her case.</u>**

**SO ORDERED**.

**SIGNED this 29th day of May, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE